Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 700
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJOI McCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL FINANCE COMPANY, LLC; OLIPHANT FINANCIAL GROUP, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **5:17-cv-00819-CBM-FFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of October, 2017.

By:    /s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 3rd day of October, 2017, with:

**<u>United States District Court CM/ECF system</u>**

And hereby served upon all parties

Notification sent on this 3rd day of October, 2017, via the ECF system to:

Honorable Judge Consuelo B. Marshall
Magistrate Judge Frederick F. Mumm
United States District Court
Central District of California


And all Counsel of Record on the electronic service list.

And via United States Postal Service:

Lamiaa E. Elfar, Esq.
Continental Finance Company, LLC
121 Continental Drive, Suite 108
Newark, DE 19713


This 3rd day of October, 2017

By: /s/Todd M. Friedman
        Todd M. Friedman